```
                    OKLAHOMA CITY POLICE DEPARTMENT

                              CRIME REPORT
================================================================================
Reported Date: 12/15/12  Time: 23:14           Case: 12-105268 (000)  Page: 1
Code:                    Crime: RECEIVE INFO   Class: 421200
Occurrence Date: 12/15/12-       Day: SATURDAY -         Time: 23:14-
Status:                          Closing Officer:
Location: 2320 NW. 31ST ST., OK                          RD:   213

======================= INVOLVED PERSONS =======================================
INV PERS-1:   MORRIS JUANITA               DOB:            Race: W  Sex: F
   2316 NW. 31ST ST., OK
   Apt:        State: OK   Zip: 73112    Phone:           Adu/Juv: A
   POB:                Hair: RED   Eye: GRN  Hgt: 509  Wgt: 170   Bld:
Business Name:
                                                         Phone:


-------------------------------------------------------------------
INV PERS-2:   MORRIS GEORGE                DOB:            Race: W  Sex: M
   3208 NW. 14TH ST., OK
   Apt:        State: OK   Zip: 73107    Phone:           Adu/Juv: A
   POB:                Hair: BRO   Eye: BRO  Hgt: 510  Wgt: 200   Bld:
Business Name: VFW
   1103 N. BLACKWELDER AV.                               Phone: 405 528-0444
   OKLAHOMA CIT,OK

======================= NARRATIVE ==============================================
WILL ROGERS TELEPHONE REPORT


BODY OF REPORT:

ON 12/15/12 AT APPROXIMATELY 2317 HOURS, I WAS DISPATCHED TO 2320 NW. 31ST
STREET IN REFERENCE TO A DOMESTIC.  THE CALL INDICATED THAT THE "SON TORE UP
HIS BEDROOM AND BROKE OUT HIS WINDOW AND LEFT."

UPON MY ARRIVAL I OBSERVED A FRONT WINDOW OF THE RESIDENCE TO BE BROKEN OUT.  I
MADE CONTACT WITH IP1.  IP1 INFORMED ME THAT HER ADULT SON, LATER IDENTIFIED AS
IP2, WHO IS ABOUT THE AGE OF 60, HAD TORN OUT HIS BEDROOM AND BROKE OUT HIS
WINDOW, TAKEN OFF HIS CLOTHES AND LEFT IN AN OLDER TAN CAR.  IP1 SHOWED ME
IP2'S BEDROOM AND I NOTICED THAT HIS BED WAS PUSHED UP AGAINST THE DOOR TO GET
INTO HIS ROOM.  I OBSERVED THE TWO WINDOWS IN THE ROOM TO BE BROKEN AND ITEMS
FROM HIS ROOM TO SCATTERED THROUGHOUT THE ROOM.

I NOTICED THAT THE MATTRESS WAS CUT. IP1 ADVISED ME THAT IP2 HAD NOT ASSAULTED
HER. AT THIS TIME IT WAS UNKNOWN IF IP2 HAD MENTAL ISSUES OR WAS UNDER THE
INFLUENCE OF ANY NARCOTICS.  DUE TO THE FACT THAT IP2 HAD LEFT THE RESIDENCE I
COULD NOT SPEAK TO HIM. IP1 IS ELDERLY AND GAVE A VAGUE DESCRIPTION OF THE
VEHICLE WHICH IP2 WAS IN.  THIS DESCRIPTION WAS A TAN CAR.

AT 0556 HOURS, DISPATCH RECEIVED A CALL FROM A NORMAN DETECTIVE IN REFERENCE TO
A DEATH OF IP2.  I SPOKE WITH THESE DETECTIVES.  THEY INFORMED ME THAT THEY
================================================================================
                 Standard  Trailer  -  First  Page
================================================================================
Reporting Officer: DILBECK, HOUS   Number: 001585   Date: 12/15/12  Time: 23:14
        Typed by: PDJW9397V        Number: JW9397   Date: 12/16/12  Time: 07:54
Approving Officer: PDDW5456V       Number: DW5456   Date: 12/18/12  Time: 15:23
```

Docs from City of Norman.July 2014.00162

**EXHIBIT 1**