PAGE 1 of 1

## Norman Police Department

### WRITTEN STATEMENT FORM

Place: Norman PD

Date: 12/16/12

I, CHARLES OLEO, hereby state that J. Barbour #528 has identified himself/herself to me as a Norman Police Officer. I do, hereby voluntarily and of my own free will, make the following statement without having been subjected to any coercion, unlawful influence, threats, or unlawful inducement.

DRIVING SOUTH ON I35 A VEHICLE COMES UP ON MY RIGHT SIDE. HE HIT THE PASSENGER SIDE OF TRUCK 3 TIMES. I PULLED OVER ON SHOLDER HE PULLED OVER IN FRONT OF ME PUT HIS CAR IN REVERSE AND HIT FRONT OF MY PICKUP. I GOT OUT OF TRUCK HE STEPPED OUT OF HIS CAR AND HAD NO CLOTHES ON. I TOLD HIM TO STAY I WAS CALLING POLICE. HE TRIED TO START HIS CAR AND LEAVE BUT CAR WOULDNT START. I WALKED TO LOOK AT DAMAGES DONE TO MY TRUCK CAME BACK TO FRONT OF TRUCK AND HE WAS GONE. HE TOOK OFF RUNNING SOUTH ON 35 NAKED.

I have read this statement consisting of 1 pages, and I affirm to the truth and accuracy of the facts contained herein.

This statement was completed at 1220 AM/PM, on the 16 day of December, 2012.

WITNESS: _____
WITNESS: _____

SIGNATURE OF AFFIANT

**EXHIBIT 3**

Docs from City of Norman July 2014.00011