Norman Police Department

PAGE 1 of 1

## WRITTEN STATEMENT FORM

Place Norman P.D

Date 12/16/12

I, Stacey Oleo, hereby state that J. Burhur 0528 has identified himself/herself to me as a Norman Police Officer. I do, hereby voluntarily and of my own free will, make the following statement without having been subjected to any coercion, unlawful influence, threats, or unlawful inducement.

Driving South on I-35 other vehicle bumped passenger side of our truck. I looked over (I was sitting in passenger seat) and other vehicle hit our truck 2 more times. We pulled over to the right side of the road and other car pulled over in front of us. He then put his car in reverse and backed into our truck. My husband and I got out of the truck. The other man also got out of his car and he was NAKED. The man stated we hit his car and my husband told him NO he hit us. The man then tried to get back in his car and leave but his car would not start. My husband told him he can not leave the police are on the way. As we were trying to look at the damage to our truck, the man disappeared. We waited for police. We then saw police cars racing past us. We waited a while for the police to come talk to us. We went home after. No one came. We called the police station and was asked to come make a statement

So

I have read this statement consisting of 1 pages, and I affirm to the truth and accuracy of the facts contained herein.
This statement was completed at 1120 AM/PM, on the 16 day of December, 2012

WITNESS: J. [signature] 0522
WITNESS: _____    SIGNATURE OF AFFIANT [Stacey Oleo]

Docs from City of Norman.July 2014.00012

EXHIBIT 4